# IN THE MISSOURI COURT OF APPEALS
## HANDDOWN LIST OF June 17, 2014
### WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)
AND ISSUED PER CURIAM**

------------------------------------------------------------------

| | |
|---|---|
| 76597 | James Reepy vs. Gary Winters, et al. |
| 76652 | Jacob A. Lambert vs. State of Missouri |
| 76989 | Kim Tran vs. Division of Employment Security |
| 77048 | Geraldine Lockhart, et al. vs Kenneth G. Middleton |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)
AND ISSUED PER CURIAM**

------------------------------------------------------------------

| | |
|---|---|
| 76088 | State of Missouri vs. Curtis Bradley |
| 76199 | State of Missouri vs. Keith William Acton |